**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**DISTRICT OF SOUTH DAKOTA**

Case number (if known): _____

Chapter you are filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| **Part 1:** | **Identify Yourself** |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
|  | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Scott**<br>First Name | First Name |
|  | | **Allen**<br>Middle Name | Middle Name |
|  | Bring your picture identification to your meeting with the trustee. | **Jendersee**<br>Last Name | Last Name |
|  | | Suffix (Sr., Jr., II, III) | Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | First Name | First Name |
|  | | Middle Name | Middle Name |
|  | | Last Name | Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 2  8  9  9<br><br>OR<br><br>9xx – xx – ____ ____ ____ ____ | xxx – xx – <br><br>OR<br><br>9xx – xx – ____ ____ ____ ____ |

| Debtor 1 | **Scott Allen Jendersee** | | Case number (if known) | |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☐ I have not used any business names or EINs.  ☐ I have not used any business names or EINs.

**Too Drunk to Fish**
Business name

Business name

Business name

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

Business name

Business name

Business name

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

**5. Where you live**

**406 Claudia Avenue**
Number    Street

**Harrisburg          SD     57032**
City                        State    ZIP Code

**Lincoln**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

Number    Street

P.O. Box

City                        State    ZIP Code

If Debtor 2 lives at a different address:

Number    Street

City                        State    ZIP Code

County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

Number    Street

P.O. Box

City                        State    ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

---

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

Debtor 1   **Scott Allen Jendersee** _____   Case number (if known) _____

| | | |
|---|---|---|
| **8.** | **How you will pay the fee** | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

District _____   When _____   Case number _____
                                         MM / DD / YYYY

District _____   When _____   Case number _____
                                         MM / DD / YYYY

District _____   When _____   Case number _____
                                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____   Relationship to you _____

District _____   When _____   Case number, _____
                                         MM / DD / YYYY   if known

Debtor _____   Relationship to you _____

District _____   When _____   Case number, _____
                                         MM / DD / YYYY   if known

**11. Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No.  Go to line 12.

☐ Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Scott Allen Jendersee**   Case number (if known) _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.
☑ Yes. Name and location of business

**Too Drunk to Fish**
Name of business, if any

**Harrisburg, SD**
Number     Street

_____

City _____   State _____   ZIP Code _____

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes. What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number     Street

_____

City _____   State _____   ZIP Code _____

---

Debtor 1    **Scott Allen Jendersee**                                    Case number (if known) _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Scott Allen Jendersee** _____    Case number (if known) _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?**  _Consumer debts_ are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No.  Go to line 16b.
☑ Yes.  Go to line 17.

16b.  **Are your debts primarily business debts?**  _Business debts_ are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No.  Go to line 16c.
☐ Yes.  Go to line 17.

16c.  State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☑ No.  I am not filing under Chapter 7.  Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1    **Scott Allen Jendersee** _____    Case number *(if known)* _____

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Scott Allen Jendersee** _____         X _____
   Scott Allen Jendersee, Debtor 1                                    Signature of Debtor 2

   Executed on **11/29/2018** _____                        Executed on _____
            MM / DD / YYYY                                                    MM / DD / YYYY

Debtor 1    **Scott Allen Jendersee** _____    Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Thomas A. Blake** _____    Date **11/29/2018** _____
Signature of Attorney for Debtor                                            MM / DD / YYYY

**Thomas A. Blake** _____
Printed name

**Thomas A. Blake** _____
Firm Name

**505 W. 9th St., Ste. 202** _____
Number        Street

_____

_____

**Sioux Falls** _____    **SD**    **57104** _____
City                                            State    ZIP Code

Contact phone  **(605) 336-1216** _____    Email address **legaladvice@tblakelaw.com** ____

**133** _____    **SD** _____
Bar number                            State

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Scott** | **Allen** | **Jendersee** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF SOUTH DAKOTA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|

**1.** *Schedule A/B: Property* (Official Form 106A/B)

1a.  Copy line 55, Total real estate, from Schedule A/B.................................................... **$203,301.00**

1b.  Copy line 62, Total personal property, from Schedule A/B........................................ **$80,037.88**

1c.  Copy line 63, Total of all property on Schedule A/B.................................................. **$283,338.88**

### Part 2:   Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$185,249.48**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................. **$0.00**

3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+  $58,370.00**

**Your total liabilities**   **$243,619.48**

### Part 3:   Summarize Your Income and Expenses

**4.** *Schedule I: Your Income* (Official Form 106I)
Copy your combined monthly income from line 12 of Schedule I.......................................................... **$5,940.01**

**5.** *Schedule J: Your Expenses* (Official Form 106J)
Copy your monthly expenses from line 22c of Schedule J................................................................. **$5,765.00**

Debtor 1    **Scott Allen Jendersee**  _____    Case number (if known) _____

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

**6.    Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.
☑ Yes

**7.    What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.**  _Consumer debts_ are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

**8.    From the _Statement of Your Current Monthly Income:_** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

**$6,208.77**

**9.    Copy the following special categories of claims from Part 4, line 6 of _Schedule E/F:_**

**Total claim**

From Part 4 on _Schedule E/F,_ copy the following:

9a.   Domestic support obligations.  (Copy line 6a.)    **$0.00**

9b.   Taxes and certain other debts you owe the government.  (Copy line 6b.)    **$0.00**

9c.   Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)    **$0.00**

9d.   Student loans.  (Copy line 6f.)    **$0.00**

9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)    **$0.00**

9f.   Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)    + **$0.00**

9g.   **Total.**  Add lines 9a through 9f.    **$0.00**

---

Official Form 106Sum        **Summary of Your Assets and Liabilities and Certain Statistical Information**        page 2

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case and this filing:</strong></td></tr>
</table>

| Debtor 1 | <u>Scott</u> | <u>Allen</u> | <u>Jendersee</u> |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>**DISTRICT OF SOUTH DAKOTA**</u>

Case number _____
(if known)

☐ Check if this is an
   amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

**1.   Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No.  Go to Part 2.
☑ Yes.  Where is the property?

1.1.

**406 Claudia Avenue**
Street address, if available, or other description
_____

**Harrisburg**          **SD**     **57032**
City                        State    ZIP Code

**Lincoln**
County

Homestead:

**406 Claudia Avenue**
**Harrisburg, SD 57032**

**2018 Tax Assessment $182,330**

**Per July 26, 2018 Market Analysis**
**$203,301**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

$203,301.00                        $203,301.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead**

☐ Check if this is community property
   (see instructions)

**2.   Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.....................................** →

| $203,301.00 |
|---|

### Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.   Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

Debtor 1    **Scott Allen Jendersee**                                    Case number (if known) _____

| 3.1. | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Make: **Nissan** | Check one. | |
| Model: **Altima** | ☐ Debtor 1 only | |
| Year: **2014** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: **72,559** | ☐ Debtor 1 and Debtor 2 only | |
| | ☑ At least one of the debtors and another | **$8,000.00**    **$8,000.00** |

Other information:
**2014 Nissan Altima (approx. 72,559 miles)(secured) (per appraisal)**

☐ Check if this is community property
(see instructions)

**Debtor's 1/2 interest**

| 3.2. | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Make: **Nissan** | Check one. | |
| Model: **Altima** | ☐ Debtor 1 only | |
| Year: **2018** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | |
| | ☑ At least one of the debtors and another | **$26,000.00**    **$26,000.00** |

Other information:
**2018 Nissan Altima (secured)**

☐ Check if this is community property
(see instructions)

**Debtor's 1/2 interest**

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☑ No
    ☐ Yes

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any
    entries for pages you have attached for Part 2.  Write that number here......................................➔    **$34,000.00**

---

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☑ Yes. Describe.....  **See continuation page(s).**                    $1,842.50

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
    music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes.  Describe.....  **See continuation page(s).**                    $1,527.50

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
    stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No
    ☐ Yes.  Describe.....                    _____

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
    canoes and kayaks; carpentry tools; musical instruments

    ☐ No
    ☑ Yes.  Describe.....  **See continuation page(s).**                    $212.50

Debtor 1   **Scott Allen Jendersee**   Case number (if known) _____

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☑ No
☐ Yes.  Describe.....                                                _____

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☑ Yes.  Describe.....  **Clothes**                                   **$1,000.00**

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☑ Yes.  Describe.....  **Wedding rings/jewelry - Debtor's 1/2 interest $3000**   **$1,500.00**

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
☑ Yes.  Describe.....  **Dog - Debtor's 1/2 interest $50**          **$25.00**

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
☑ No
☐ Yes.  Give specific information............                       _____

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here**................................................................ ➔   **$6,107.50**

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
☑ Yes................................................................................ Cash: .........................   **$240.00**

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.
☐ No
☑ Yes..........................   Institution name:

| | | |
|---|---|---|
| 17.1. | Checking account: | **Checking account - Great Western Bank** | **$1,817.42** |
| 17.2. | Checking account: | **Checking account - U.S. Bank** | **$35.00** |
| 17.3. | Savings account: | **Savings account - Great Western Bank** | **$1,738.96** |

**18.  Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☐ No
☑ Yes..........................   Institution or issuer name:

Debtor 1     **Scott Allen Jendersee**                                    Case number (if known) _____

|   |   |
|---|---|
| **21 Share of Prudential stock at $100 share = $2100 - Debtor's 1/2 interest $2,100** | **$1,050.00** |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific
information about
them........................  Name of entity:                          % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
information about
them........................  Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☐ No
☑ Yes. List each
account separately.     Type of account:        Institution name:

401(k) or similar plan:  **Non-debtor spouse 401(k)  (ERISA Qualified)**                    **$27,106.00**

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes...........................          Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes...........................  Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes...........................  Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them                                                      _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them                                                      _____

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
information about them                                                      _____

Debtor 1    **Scott Allen Jendersee** _____    Case number (if known) _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years.....................    **Federal: Pro rata portion of the 2018 income tax refund (see line 30). Amt: $0.00**

| | |
|---|---|
| Federal: | $0.00 |
| State: | $0.00 |
| Local: | $0.00 |

29. **Family support**
_Examples:_ Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

30. **Other amounts someone owes you**
_Examples:_ Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☑ Yes. Give specific information    **(1) Earned but not received income; (2) Unpaid vacation time; and (3) Pro rata portion of the 2018 income tax refund up to allowed exemption of $5,000.**    $0.00

31. **Interests in insurance policies**
_Examples:_ Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value................

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Prudential Term Life Insurance Policy (No Cash Value)** | _____ | $0.00 |
| **Whole Life Insurance through Northwestern Mutual** | _____ | $7,573.00 |
| **West Coast Life Term Policy (no cash value)** | _____ | $0.00 |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information    _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
_Examples:_ Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........    _____

Debtor 1    **Scott Allen Jendersee**                                    Case number (if known) _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each claim........                                                              _____

35. **Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information                                                          _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................➜ | **$39,560.38** |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☑ Yes.  Go to line 38.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..                                                                          _____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
    desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..                                                                          _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes.  Describe..  **See continuation page(s).**                                          $370.00

41. **Inventory**

☑ No
☐ Yes.  Describe..                                                                          _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                          % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
        ☐ No
        ☐ Yes.  Describe.....                                                              _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................➜ | **$370.00** |

Debtor 1    **Scott Allen Jendersee** _____    Case number (if known) _____

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....                                        _____

48. **Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
information................                       _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....                                        _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....                                        _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
information................                       _____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6. Write that number here..................................................................➔ | $0.00 |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

54. Add the dollar value of all of your entries from Part 7.  Write that number here.............................➔ | $0.00 |

Debtor 1    **Scott Allen Jendersee** _____    Case number (if known) _____

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55.  **Part 1: Total real estate, line 2**.................................................................................................➔  **$203,301.00**

56.  **Part 2: Total vehicles, line 5**    **$34,000.00**

57.  **Part 3: Total personal and household items, line 15**    **$6,107.50**

58.  **Part 4: Total financial assets, line 36**    **$39,560.38**

59.  **Part 5: Total business-related property, line 45**    **$370.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**    **$0.00**

61.  **Part 7: Total other property not listed, line 54**    +    **$0.00**

62.  **Total personal property.**    Add lines 56 through 61..................    **$80,037.88**    Copy personal property total ➔    +    **$80,037.88**

63.  **Total of all property on Schedule A/B.**    Add line 55 + line 62............................................................    **$283,338.88**

Debtor 1     **Scott Allen Jendersee**                                    Case number (if known) _____

**6.**    **Household goods and furnishings (details):**

| | |
|---|---:|
| Table - Debtor's 1/2 interest $50 | **$25.00** |
| Couch | **$450.00** |
| Debtor's 1/2 interest $900 (secured) | |
| Chair & Ottoman | **$250.00** |
| Debtor's 1/2 interest $500 (secured) | |
| TV Stands (2) - Debtor's 1/2 interest $150 | **$75.00** |
| Table & chairs - Debtor's 1/2 interest $150 | **$75.00** |
| Refrigerator - Debtor's 1/2 interest $400 | **$200.00** |
| Stove - Debtor's 1/2 interest $200 | **$100.00** |
| Microwave - Debtor's 1/2 interest $75 | **$37.50** |
| Dishwasher - Debtor's 1/2 interest $60 | **$30.00** |
| Small appliances - Debtor's 1/2 interest $70 | **$35.00** |
| Queen bed - Debtor's 1/2 interest $50 | **$25.00** |
| Dresser - Debtor's 1/2 interest $100 | **$50.00** |
| Lamps (2) - Debtor's 1/2 interest $20 | **$10.00** |
| Night stands (2) - Debtor's 1/2 interest $20 | **$10.00** |
| Full bed - Debtor's 1/2 interest $30 | **$15.00** |
| Storage stand - Debtor's 1/2 interest $20 | **$10.00** |
| Toys - Debtor's 1/2 interest $130 | **$65.00** |
| Wicker Chair - Debtor's 1/2 interest $10 | **$5.00** |
| End table - Debtor's 1/2 interest $10 | **$5.00** |
| Dehumidifier - Debtor's 1/2 interest $20 | **$10.00** |
| King bed - Debtor's 1/2 interest $50 | **$25.00** |
| Dresser - Debtor's 1/2 interest $100 | **$50.00** |
| Nightstand - Debtor's 1/2 interest $10 | **$5.00** |
| Table - Debtor's 1/2 interest $30 | **$15.00** |
| Chair - Debtor's 1/2 interest $10 | **$5.00** |
| Lawnmower - Debtor's 1/2 interest $30 | **$15.00** |
| Refrigerator - Debtor's 1/2 interest $75 | **$37.50** |
| Power tools - Debtor's 1/2 interest $70 | **$35.00** |
| Small hand tools - Debtor's 1/2 interest $40 | **$20.00** |
| Misc. - Debtor's 1/2 interest $100 | **$50.00** |
| Knick-knacks - Debtor's 1/2 interest $100 | **$50.00** |

Debtor 1  __Scott Allen Jendersee_____    Case number (if known) _____

|  | | |
|---|---|---|
| | Gas grill - Debtor's 1/2 interest $30 | $15.00 |
| | Patio furniture - Debtor's 1/2 interest $75 | $37.50 |
| 7. | Electronics (details): | |
| | TV - Debtor's 1/2 interest $300 | $150.00 |
| | Playstation w/games - Debtor's 1/2 interest $300 | $150.00 |
| | Nintendo w/games - Debtor's 1/2 interest $400 | $200.00 |
| | Wii station w/games - Debtor's 1/2 interest $250 | $125.00 |
| | Soundbar - Debtor's 1/2 interest $50 | $25.00 |
| | Speaker - Debtor's 1/2 interest $30 | $15.00 |
| | TV - Debtor's 1/2 interest $75 | $37.50 |
| | TV - Debtor's 1/2 interest $40 | $20.00 |
| | TV - Debtor's 1/2 interest $700 | $350.00 |
| | Receiver - Debtor's 1/2 interest $50 | $25.00 |
| | Xbox station w/games - Debtor's 1/2 interest $250 | $125.00 |
| | Roku - Debtor's 1/2 interest $20 | $10.00 |
| | Firesticks (2) - Debtor's 1/2 interest $30 | $15.00 |
| | TV - Debtor's 1/2 interest $60 | $30.00 |
| | Computers (2) & Accessories - Debtor's 1/2 interest $500 | $250.00 |
| 9. | Equipment for sports and hobbies (details): | |
| | Childs golf clubs - Debtor's 1/2 interest $25 | $12.50 |
| | Golf clubs - Debtor's 1/2 interest $100 | $50.00 |
| | Rowing machine - Debtor's 1/2 interest $300 | $150.00 |
| 40. | Machinery, fixtures, equipment, supplies you use in business, and tools of your trade (details): | |
| | Power Amp/Mixer | $15.00 |
| | Debtor's 1/2 interest $30 | |
| | Loudspeakers (2 15") | $50.00 |
| | Debtor's 1/2 interest $100 | |
| | 6-string acoustic guitar | $150.00 |
| | Debtor's 1/2 interest $300 | |
| | 6-string acoustic guitar | $100.00 |
| | Debtor's 1/2 interest $200 | |
| | Microphones (3) | $15.00 |
| | Debtor's 1/2 interest $30 | |

Debtor 1    **Scott Allen Jendersee**    Case number (if known)

| | |
|---|---|
| **Speaker stands** | **$10.00** |
| **Debtor's 1/2 interest $20** | |
| **Microphone stands (2)** | **$10.00** |
| **Debtor's 1/2 interest $20** | |
| **Various microphone/speaker cords** | **$20.00** |
| **Debtor's 1/2 interest $40** | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Scott** | **Allen** | **Jendersee** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF SOUTH DAKOTA**

Case number
(if known)

☐ Check if this is an
amended filing

<u>Official Form 106C</u>

## Schedule C: The Property You Claim as Exempt                04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1.  **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Homestead:** **406 Claudia Avenue Harrisburg, SD 57032** **2018 Tax Assessment $182,330** **Per July 26, 2018 Market Analysis $203,301** Line from *Schedule A/B*: __1.1__ | $203,301.00 | ☑ $55,053.95  ☐ 100% of fair market value, up to any applicable statutory limit | **SDCL §§ 43-45-3(1), 43-31-1** |

3.  **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1  __Scott Allen Jendersee__                                Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2014 Nissan Altima (approx. 72,559 miles) (secured) (per appraisal)**<br><br>**Debtor's 1/2 interest**<br>Line from *Schedule A/B*: __3.1__ | $8,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**2018 Nissan Altima (secured)**<br><br>**Debtor's 1/2 interest**<br>Line from *Schedule A/B*: __3.2__ | $26,000.00 | ☑ $1,022.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Table - Debtor's 1/2 interest $50**<br><br>Line from *Schedule A/B*: __6__ | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Couch**<br><br>**Debtor's 1/2 interest $900 (secured)**<br>Line from *Schedule A/B*: __6__ | $450.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Chair & Ottoman**<br><br>**Debtor's 1/2 interest $500 (secured)**<br>Line from *Schedule A/B*: __6__ | $250.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**TV Stands (2) - Debtor's 1/2 interest $150**<br><br>Line from *Schedule A/B*: __6__ | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Table & chairs - Debtor's 1/2 interest $150**<br><br>Line from *Schedule A/B*: __6__ | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Refrigerator - Debtor's 1/2 interest $400**<br><br>Line from *Schedule A/B*: __6__ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Stove - Debtor's 1/2 interest $200**<br><br>Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |

Debtor 1   **Scott Allen Jendersee**   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Microwave - Debtor's 1/2 interest $75** <br><br> Line from *Schedule A/B*: __6__ | $37.50 | ☑ $37.50 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Dishwasher - Debtor's 1/2 interest $60** <br><br> Line from *Schedule A/B*: __6__ | $30.00 | ☑ $30.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Small appliances - Debtor's 1/2 interest $70** <br><br> Line from *Schedule A/B*: __6__ | $35.00 | ☑ $35.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Queen bed - Debtor's 1/2 interest $50** <br><br> Line from *Schedule A/B*: __6__ | $25.00 | ☑ $25.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Dresser - Debtor's 1/2 interest $100** <br><br> Line from *Schedule A/B*: __6__ | $50.00 | ☑ $50.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Lamps (2) - Debtor's 1/2 interest $20** <br><br> Line from *Schedule A/B*: __6__ | $10.00 | ☑ $10.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Night stands (2) - Debtor's 1/2 interest $20** <br><br> Line from *Schedule A/B*: __6__ | $10.00 | ☑ $10.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Full bed - Debtor's 1/2 interest $30** <br><br> Line from *Schedule A/B*: __6__ | $15.00 | ☑ $15.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Storage stand - Debtor's 1/2 interest $20** <br><br> Line from *Schedule A/B*: __6__ | $10.00 | ☑ $10.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |

Debtor 1    **Scott Allen Jendersee** _____    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Toys - Debtor's 1/2 interest $130** <br> Line from *Schedule A/B*: __6__ | $65.00 | ☑ $65.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Wicker Chair - Debtor's 1/2 interest $10** <br> Line from *Schedule A/B*: __6__ | $5.00 | ☑ $5.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **End table - Debtor's 1/2 interest $10** <br> Line from *Schedule A/B*: __6__ | $5.00 | ☑ $5.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Dehumidifier - Debtor's 1/2 interest $20** <br> Line from *Schedule A/B*: __6__ | $10.00 | ☑ $10.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **King bed - Debtor's 1/2 interest $50** <br> Line from *Schedule A/B*: __6__ | $25.00 | ☑ $25.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Dresser - Debtor's 1/2 interest $100** <br> Line from *Schedule A/B*: __6__ | $50.00 | ☑ $50.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Nightstand - Debtor's 1/2 interest $10** <br> Line from *Schedule A/B*: __6__ | $5.00 | ☑ $5.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Table - Debtor's 1/2 interest $30** <br> Line from *Schedule A/B*: __6__ | $15.00 | ☑ $15.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Chair - Debtor's 1/2 interest $10** <br> Line from *Schedule A/B*: __6__ | $5.00 | ☑ $5.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |

Debtor 1     __Scott Allen Jendersee__     Case number (if known) _____

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Lawnmower - Debtor's 1/2 interest $30**<br><br>Line from *Schedule A/B*: __6__ | $15.00 | ☑ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Refrigerator - Debtor's 1/2 interest $75**<br><br>Line from *Schedule A/B*: __6__ | $37.50 | ☑ $37.50<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Power tools - Debtor's 1/2 interest $70**<br><br>Line from *Schedule A/B*: __6__ | $35.00 | ☑ $35.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Small hand tools - Debtor's 1/2 interest $40**<br><br>Line from *Schedule A/B*: __6__ | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Misc. - Debtor's 1/2 interest $100**<br><br>Line from *Schedule A/B*: __6__ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Knick-knacks - Debtor's 1/2 interest $100**<br><br>Line from *Schedule A/B*: __6__ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Gas grill - Debtor's 1/2 interest $30**<br><br>Line from *Schedule A/B*: __6__ | $15.00 | ☑ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Patio furniture - Debtor's 1/2 interest $75**<br><br>Line from *Schedule A/B*: __6__ | $37.50 | ☑ $37.50<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**TV - Debtor's 1/2 interest $300**<br><br>Line from *Schedule A/B*: __7__ | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |

Debtor 1   **Scott Allen Jendersee**                              Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Playstation w/games - Debtor's 1/2 interest $300**<br>Line from *Schedule A/B*: __7__ | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Nintendo w/games - Debtor's 1/2 interest $400**<br>Line from *Schedule A/B*: __7__ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Wii station w/games - Debtor's 1/2 interest $250**<br>Line from *Schedule A/B*: __7__ | $125.00 | ☑ $125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Soundbar - Debtor's 1/2 interest $50**<br>Line from *Schedule A/B*: __7__ | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Speaker - Debtor's 1/2 interest $30**<br>Line from *Schedule A/B*: __7__ | $15.00 | ☑ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**TV - Debtor's 1/2 interest $75**<br>Line from *Schedule A/B*: __7__ | $37.50 | ☑ $37.50<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**TV - Debtor's 1/2 interest $40**<br>Line from *Schedule A/B*: __7__ | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**TV - Debtor's 1/2 interest $700**<br>Line from *Schedule A/B*: __7__ | $350.00 | ☑ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Receiver - Debtor's 1/2 interest $50**<br>Line from *Schedule A/B*: __7__ | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |

Debtor 1    **Scott Allen Jendersee**                                      Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Xbox station w/games - Debtor's 1/2 interest $250** <br> Line from *Schedule A/B*: __7__ | $125.00 | ☑ $125.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Roku - Debtor's 1/2 interest $20** <br> Line from *Schedule A/B*: __7__ | $10.00 | ☑ $10.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Firesticks (2) - Debtor's 1/2 interest $30** <br> Line from *Schedule A/B*: __7__ | $15.00 | ☑ $15.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **TV - Debtor's 1/2 interest $60** <br> Line from *Schedule A/B*: __7__ | $30.00 | ☑ $30.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Computers (2) & Accessories - Debtor's 1/2 interest $500** <br> Line from *Schedule A/B*: __7__ | $250.00 | ☑ $250.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Childs golf clubs - Debtor's 1/2 interest $25** <br> Line from *Schedule A/B*: __9__ | $12.50 | ☑ $12.50 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Golf clubs - Debtor's 1/2 interest $100** <br> Line from *Schedule A/B*: __9__ | $50.00 | ☑ $50.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Rowing machine - Debtor's 1/2 interest $300** <br> Line from *Schedule A/B*: __9__ | $150.00 | ☑ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Clothes** <br> Line from *Schedule A/B*: __11__ | $1,000.00 | ☑ $1,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-2(1-3), (5,6) |

| Debtor 1 | **Scott Allen Jendersee** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Wedding rings/jewelry - Debtor's 1/2 interest $3000**<br>Line from *Schedule A/B*: __12__ | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-2(1-3), (5,6) |
| Brief description:<br>**Dog - Debtor's 1/2 interest $50**<br>Line from *Schedule A/B*: __13__ | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Cash on hand**<br>Line from *Schedule A/B*: __16__ | $240.00 | ☑ $240.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Checking account - Great Western Bank**<br>Line from *Schedule A/B*: __17.1__ | $1,817.42 | ☑ $830.50<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Savings account - Great Western Bank**<br>Line from *Schedule A/B*: __17.3__ | $1,738.96 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Checking account - U.S. Bank**<br>Line from *Schedule A/B*: __17.2__ | $35.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**21 Share of Prudential stock at $100 share = $2100 - Debtor's 1/2 interest $2,100**<br>Line from *Schedule A/B*: __18__ | $1,050.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Non-debtor spouse 401(k)  (ERISA Qualified)**<br>Line from *Schedule A/B*: __21__ | $27,106.00 | ☑ $27,106.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| Brief description:<br>**(1) Earned but not received income; (2) Unpaid vacation time; and (3) Pro rata portion of the 2018 income tax refund up to allowed exemption of $5,000.**<br>Line from *Schedule A/B*: __30__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |

Debtor 1    **Scott Allen Jendersee**                                    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Whole Life Insurance through Northwestern Mutual** Line from *Schedule A/B*: __31__ | $7,573.00 | ☑ $7,573.00 ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 58-12-1 |
| Brief description: **Power Amp/Mixer** **Debtor's 1/2 interest $30** Line from *Schedule A/B*: __40__ | $15.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Loudspeakers (2 15")** **Debtor's 1/2 interest $100** Line from *Schedule A/B*: __40__ | $50.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **6-string acoustic guitar** **Debtor's 1/2 interest $300** Line from *Schedule A/B*: __40__ | $150.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **6-string acoustic guitar** **Debtor's 1/2 interest $200** Line from *Schedule A/B*: __40__ | $100.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Microphones (3)** **Debtor's 1/2 interest $30** Line from *Schedule A/B*: __40__ | $15.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Speaker stands** **Debtor's 1/2 interest $20** Line from *Schedule A/B*: __40__ | $10.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Microphone stands (2)** **Debtor's 1/2 interest $20** Line from *Schedule A/B*: __40__ | $10.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Various microphone/speaker cords** **Debtor's 1/2 interest $40** Line from *Schedule A/B*: __40__ | $20.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION (SIOUX FALLS)**

IN RE:   **Scott Allen Jendersee**                                                    CASE NO

                                                                                      CHAPTER   **13**

## TOTALS BY EXEMPTION LAW

| Exemption Law | Husband | Wife | Joint | Community | N/A | Exemption Total | Market Value Total |
|---|---|---|---|---|---|---|---|
| 11 U.S.C. § 522(b)(3)(C) | $0.00 | $27,106.00 | $0.00 | $0.00 | $0.00 | $27,106.00 | $27,106.00 |
| SDCL § 43-45-2(1-3), (5,6) | $0.00 | $0.00 | $2,500.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 |
| SDCL § 43-45-4 | $0.00 | $0.00 | $5,000.00 | $0.00 | $0.00 | $5,000.00 | $42,858.88 |
| SDCL § 58-12-4 | $0.00 | $0.00 | $7,573.00 | $0.00 | $0.00 | $7,573.00 | $7,573.00 |
| SDCL §§ 43-45-3(1), 43-31-1 | $0.00 | $0.00 | $55,053.95 | $0.00 | $0.00 | $55,053.95 | $203,301.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Scott** | **Allen** | **Jendersee** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF SOUTH DAKOTA**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**   **List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|
| | | | |

2.1

**Home Point Finance**
Creditor's name
**PO Box 619063**
Number    Street

_____

**Dallas**         **TX**   **75261-9063**
City               State   ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**1st Mortgage in homestead**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Home Loan**

**Last 4 digits of account number**   **6   1   5   3**

| Column A | Column B |
|---|---|
| $148,247.05 | $203,301.00 |

Add the dollar value of your entries in Column A on this page. Write that number here:

| |
|---|
| $148,247.05 |

Debtor 1  **Scott Allen Jendersee**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.2**

**Nissan Motor Acceptance Corp.**
Creditor's name
**Attn: Bankruptcy Department**
Number    Street
**PO Box 660366**

_____

**Dallas**            **TX**   **75266-0366**
City                State   ZIP Code

**Who owes the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**2018 Nissan Altima**

$24,978.00 | $26,000.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Auto Loan**

**Last 4 digits of account number** ___ ___ ___ ___

---

**2.3**

**Wells Fargo Dealer Services**
Creditor's name
**MAC T9017-026**
Number    Street
**PO Box 168048**

_____

**Irving**            **TX**   **75016-8048**
City                State   ZIP Code

**Who owes the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**2014 Nissan Altima**

$9,728.00 | $8,000.00 | $1,728.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Auto Loan**

**Last 4 digits of account number** _0_ _8_ _8_ _5_

---

Add the dollar value of your entries in Column A on this page.  Write that number here:

$34,706.00

Debtor 1 **Scott Allen Jendersee**  Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.4**

Describe the property that secures the claim: | $2,296.43 | $700.00 | $1,596.43

**Wells Fargo Financial**
Creditor's name
**Furniture Mart**
Number    Street
**PO Box 660431**

**Chair, Ottoman & Couch**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas          TX   75266**
City          State   ZIP Code

**Who owes the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.**  Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Furniture Loan**

**Date debt was incurred** _____   Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here: | $2,296.43

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $185,249.48

Debtor 1    **Scott Allen Jendersee**                                    Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 1 | **Home Point Financial** | On which line in Part 1 did you enter the creditor? | 2.1 |
| | Name | | |
| | **PO Box 790309** | Last 4 digits of account number | ___ ___ ___ ___ |
| | Number        Street | | |

**St. Louis**                          **MO**    **63179-0309**
City                                          State    ZIP Code

| 2 | **Home Point Financial Corp.** | On which line in Part 1 did you enter the creditor? | 2.1 |
| | Name | | |
| | **11511 Luna Rd. Suite 200** | Last 4 digits of account number | ___ ___ ___ ___ |
| | Number        Street | | |

**Farmers Branch**                 **TX**    **75234**
City                                          State    ZIP Code

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Scott** | **Allen** | **Jendersee** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF SOUTH DAKOTA**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☑ No. Go to Part 2.
   - ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**  _____

_____
Priority Creditor's Name

_____
Number    Street

_____

_____

_____
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

Debtor 1    **Scott Allen Jendersee**                          Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐   No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑   Yes

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

**4.1**

|  | |
|---|---|
| **Bank of America** | **$7,334.00** |

Nonpriority Creditor's Name
**Customer Service Correspondence**
Number     Street
**PO Box 982234**

| **El Paso** | **TX** | **79998-2234** |
|---|---|---|
City                          State   ZIP Code

**Who incurred the debt?**   Check one.

☑   Debtor 1 only
☐   Debtor 2 only
☐   Debtor 1 and Debtor 2 only
☐   At least one of the debtors and another

☐   **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑   No
☐   Yes

Last 4 digits of account number    8   9   0   0

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐   Contingent
☐   Unliquidated
☐   Disputed

**Type of NONPRIORITY unsecured claim:**

☐   Student loans
☐   Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐   Debts to pension or profit-sharing plans, and other similar debts
☑   Other.  Specify
     **Credit Card**

**4.2**

|  | |
|---|---|
| **Barclaycard** | **$13,044.00** |

Nonpriority Creditor's Name
**Card Services**
Number     Street
**PO Box 60517**

| **City of Industry** | **CA** | **91716-0517** |
|---|---|---|
City                          State   ZIP Code

**Who incurred the debt?**   Check one.

☑   Debtor 1 only
☐   Debtor 2 only
☐   Debtor 1 and Debtor 2 only
☐   At least one of the debtors and another

☐   **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑   No
☐   Yes

Last 4 digits of account number    4   5   1   9

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐   Contingent
☐   Unliquidated
☐   Disputed

**Type of NONPRIORITY unsecured claim:**

☐   Student loans
☐   Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐   Debts to pension or profit-sharing plans, and other similar debts
☑   Other.  Specify
     **Credit Card**

Debtor 1    **Scott Allen Jendersee** _____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.3 | | | **$4,316.00** |
|---|---|---|---|

**Best Buy Credit Services**
Nonpriority Creditor's Name
**PO Box 790441**
Number        Street

_____

**St. Louis**          **MO**     **63179**
City                   State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **6   1   7   6**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

| 4.4 | | | **$6,289.00** |
|---|---|---|---|

**Chase/Amazon**
Nonpriority Creditor's Name
**Bankruptcy Dept.**
Number        Street
**PO Box 15298**

_____

**Wilmington**          **DE**     **19850**
City                   State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **2   2   4   5**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

| 4.5 | | | **$7,525.00** |
|---|---|---|---|

**CitiCards**
Nonpriority Creditor's Name
**PO Box 6500**
Number        Street

_____

**Sioux Falls**          **SD**     **57117-6500**
City                   State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **5   2   5   0**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

Debtor 1 __Scott Allen Jendersee__    Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.6 | | $1,408.00 |

**CitiCards**
Nonpriority Creditor's Name
**PO Box 6500**
Number          Street

**Sioux Falls          SD    57117-6500**
City                    State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Credit Card**

| 4.7 | | $4,138.00 |

**Citicards/Costco**
Nonpriority Creditor's Name
**PO Box 790046**
Number          Street

**St. Louis          MO    63179-0046**
City                  State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _1_ _6_ _5_ _5_
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Credit Card**

| 4.8 | | $5,471.00 |

**Commerce Bank**
Nonpriority Creditor's Name
**PO Box 419248**
Number          Street

**Kansas City          MO    64141-6248**
City                  State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _2_ _9_ _0_ _1_
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Credit Card**

Debtor 1    **Scott Allen Jendersee**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.9**                                                                                                            **$711.00**

**Frisbee Plumbing & Heating**
Nonpriority Creditor's Name
**4101 S. Minnesota Ave.**
Number        Street

_____

| **Sioux Falls** | **SD** | **57105** |
| City | State | ZIP Code |

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **9  7  2  0**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Water Heater**

**4.10**                                                                                                          **$127.00**

**Synchrony Bank/Lowe's**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
Number        Street
**PO Box 965060**

_____

| **Orlando** | **FL** | **32896-5060** |
| City | State | ZIP Code |

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **8  5  1  2**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Credit Card**

**4.11**                                                                                                          **$8,007.00**

**Synchrony Bank/Walmart**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
Number        Street
**PO Box 965060**

_____

| **Orlando** | **FL** | **32896-5060** |
| City | State | ZIP Code |

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **7  8  7  2**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Credit Card**

Debtor 1    **Scott Allen Jendersee**                              Case number (if known)

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---------|---------------------------------------------------------------|

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
      For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
      creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
      debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
      any debts in Parts 1 or 2, do not fill out or submit this page.

**ARS National Services, Inc.**

Name

**PO Box 469100**

Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.5**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Escondido**              **CA**      **92046-9100**

City                          State      ZIP Code

**Last 4 digits of account number**    __ __   __ __   __ __   __ __

**Commerce Bank**

Name

**PO Box 806000**

Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.8**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Kansas City**            **MO**      **64180-6000**

City                          State      ZIP Code

**Last 4 digits of account number**    **2**   **9**   **0**   **1**

Debtor 1    **Scott Allen Jendersee** _____    Case number (if known) _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6d. $0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $58,370.00 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. $58,370.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Scott** | **Allen** | **Jendersee** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF SOUTH DAKOTA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   | Person or company with whom you have the contract or lease | State what the contract or lease is for |
   |---|---|

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><u><strong>Scott</strong></u><br>First Name</td><td><u><strong>Allen</strong></u><br>Middle Name</td><td><u><strong>Jendersee</strong></u><br>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <strong><u>DISTRICT OF SOUTH DAKOTA</u></strong></td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="3"></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 106H

## Schedule H: Your Codebtors                                             12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☐ No
   - ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   - ☑ No. Go to line 3.
   - ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      - ☐ No
      - ☐ Yes

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.1**   **Spouse Name Not Entered**
Name
_____
Number     Street
_____
City                          State      ZIP Code

- ☑ Schedule D, line __**2.2**__
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____
- **Nissan Motor Acceptance Corp.**

**3.2**   **Spouse Name Not Entered**
Name
_____
Number     Street
_____
City                          State      ZIP Code

- ☑ Schedule D, line __**2.4**__
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____
- **Wells Fargo Financial**

**Fill in this information to identify your case:**

Debtor 1    **Scott**            **Allen**            **Jendersee**
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    **DISTRICT OF SOUTH DAKOTA**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
   chapter 13 income as of the following date:

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

**Employment status**

Debtor 1: ☑ Employed  ☐ Not employed

Debtor 2 or non-filing spouse: ☑ Employed  ☐ Not employed

**Occupation**    Debtor 2: **Non-debtor Spouse**

**Employer's name**    Debtor 1: **WNAX Radio/Saga Communications**    Debtor 2: **Cimarron Label**

**Employer's address**
Debtor 1: Number  Street
Debtor 2: Number  Street

City    State  Zip Code    City    State  Zip Code

**How long employed there?**    **December, 2016**

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $3,305.25 | $4,337.07 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $3,305.25 | $4,337.07 |

Debtor 1   **Scott Allen Jendersee**

Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here .............................................. → | 4. | $3,305.25 | $4,337.07 |

**5.** List all payroll deductions:

| | | | | |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $556.18 | $556.18 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. | Insurance | 5e. | $0.00 | $0.00 |
| 5f. | Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. | Union dues | 5g. | $0.00 | $0.00 |
| 5h. | Other deductions.<br>Specify:  **Vision Ins. / See continuation sheet** | 5h. + | $6.50 | $705.55 |

| | | | | |
|---|---|---|---|---|
| **6.** | Add the payroll deductions.   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $562.68 | $1,261.73 |
| **7.** | Calculate total monthly take-home pay.   Subtract line 6 from line 4. | 7. | $2,742.57 | $3,075.34 |

**8.** List all other income regularly received:

| | | | | |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm | 8a. | $122.10 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. | Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. | Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. | Social Security | 8e. | $0.00 | $0.00 |
| 8f. | Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: | 8f. | $0.00 | $0.00 |
| 8g. | Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. | Other monthly income.<br>Specify: | 8h. + | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **9.** | Add all other income.  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $122.10 | | $0.00 | |
| **10.** | Calculate monthly income.  Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $2,864.67 | + | $3,075.34 | = $5,940.01 |

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11. +   $0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11.  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12.   $5,940.01

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain:    **None.**

Debtor 1   **Scott Allen Jendersee**                                    Case number (if known)  _____

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5h. | **Other Payroll Deductions (details)** | | |
| | **Vision Ins. / 401(K) 3%** | $6.50 | $130.11 |
| | **Health Ins. (Family)** | | $394.68 |
| | **Aflac (Family)** | | $53.95 |
| | **Life Ins. (Family)** | | $18.11 |
| | **Vision Ins. (Family)** | | $23.14 |
| | **Dental Ins. (Family)** | | $10.55 |
| | **Paid Leave (Sick/Vac) Purchase** | | $75.01 |
| | Totals: | $6.50 | $705.55 |

Debtor 1    **Scott Allen Jendersee**                                      Case number (if known)

8a.  Attached Statement (Debtor 1)

## Band - Too Drunk to Fish

**Gross Monthly Income:**                                                                 **$929.16**

| Expense | Category | Amount |
|---------|----------|--------|
| Expenses | Business expenses | **$807.06** |

**Total Monthly Expenses**                                                               **$807.06**

**Net Monthly Income:**                                                                   **$122.10**

**Fill in this information to identify your case:**

Debtor 1    __Scott__         __Allen__         __Jendersee__
            First Name        Middle Name       Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the:   __DISTRICT OF SOUTH DAKOTA__

Case number
(if known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition
   chapter 13 expenses as of the
   following date:

   _____
   MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**          ☐ No

   Do not list Debtor 1 and          ☑ Yes. Fill out this information
   Debtor 2.                                for each dependent..................

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| __Son__ | __8__ | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | __$1,245.01__ |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | |
| 4b. Property, homeowner's, or renter's insurance | 4b. | |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | __$200.00__ |
| 4d. Homeowner's association or condominium dues | 4d. | |

Debtor 1     **Scott Allen Jendersee** _____     Case number (if known) _____

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____ |
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a. | **$245.00** |
| | 6b.   Water, sewer, garbage collection           (See continuation sheet(s) for details) | 6b. | **$113.00** |
| | 6c.   Telephone, cell phone, Internet, satellite, and       (See continuation sheet(s) for details)  cable services | 6c. | **$272.00** |
| | 6d.   Other. Specify: _____ | 6d. | _____ |
| 7. | **Food and housekeeping supplies** | 7. | **$750.00** |
| 8. | **Childcare and children's education costs**                       (Swim lessons) | 8. | **$80.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$225.00** |
| 10. | **Personal care products and services** | 10. | **$90.00** |
| 11. | **Medical and dental expenses** | 11. | **$200.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$425.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$125.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$100.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. | _____ |
| | 15b.   Health insurance | 15b. | _____ |
| | 15c.   Vehicle insurance | 15c. | **$146.00** |
| | 15d.   Other insurance. Specify:  **See continuation sheet** | 15d. | **$95.23** |
| 16. | **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | _____ |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1   **2014 Nissan Altima** | 17a. | **$388.57** |
| | 17b.   Car payments for Vehicle 2   **2018 Nissan Altima** | 17b. | **$415.00** |
| | 17c.   Other. Specify: **Family Gym Membership** | 17c. | **$43.00** |
| | 17d.   Other. Specify: **Furniture Pymt ($2,296.43/60)** | 17d. | **$38.27** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | _____ |

Debtor 1    **Scott Allen Jendersee**                                          Case number (if known) _____

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21.** **Other.** Specify: **See continuation sheet**                21.  **+** _____ **$568.92**

**22.** **Calculate your monthly expenses.**

22a. Add lines 4 through 21.                                         22a. **$5,765.00**

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.    22b. _____

22c. Add line 22a and 22b.  The result is your monthly expenses.    22c. **$5,765.00**

**23.** **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from Schedule I.    23a. **$5,940.01**

23b. Copy your monthly expenses from line 22c above.                 23b. **—** **$5,765.00**

23c. Subtract your monthly expenses from your monthly income.
The result is your monthly net income.                              23c. **$175.01**

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. | Explain here:
**None.**

Debtor 1    **Scott Allen Jendersee** _____    Case number (if known) _____

**6b.** <u>Water, sewer, garbage collection (details):</u>

| | |
|---|---|
| **Water** | **$55.00** |
| **Water Softner** | **$27.00** |
| **Garbage** | **$21.00** |
| **Water Heater (Balance $600/60)** | **$10.00** |
| **Total:** | **$113.00** |

**6c.** <u>Telephone, cell phone, Internet, satellite, and cable services (details):</u>

| | |
|---|---|
| **Cell phones** | **$120.00** |
| **Dish Network** | **$80.00** |
| **Internet** | **$45.00** |
| **Netflix** | **$10.00** |
| **Hulu** | **$7.00** |
| **Spotify** | **$10.00** |
| **Total:** | **$272.00** |

**15d.** <u>Other insurance (details):</u>

| | |
|---|---|
| **Life Ins. (out of pocket)** | **$69.00** |
| **Life Ins. Loan** | **$26.23** |
| **Total:** | **$95.23** |

**21.** <u>Other.  Specify:</u>

| | |
|---|---|
| **Misc.** | **$200.00** |
| **Non-debtor spouse's Discover  - Balance $6,880/60** | **$114.67** |
| **Non-debtor spouse's Chase/Slate  - Balance $3,387/60** | **$56.45** |
| **Non-debtor spouse's US Bank - Balance $4,908/60** | **$81.80** |
| **Non-debtor spouse's Citibank - Balance $2,162/60** | **$36.03** |
| **Non-debtor spouse's Medical - Balance $1,900/60** | **$31.67** |
| **Non-debtor spouse's U.S. Bank - Balance $2,898/60** | **$48.30** |
| **Total:** | **$568.92** |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Scott** | **Allen** | **Jendersee** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF SOUTH DAKOTA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Scott Allen Jendersee** _____   X _____
Scott Allen Jendersee, Debtor 1                            Signature of Debtor 2

Date **11/29/2018** _____                            Date _____
      MM / DD / YYYY                                           MM / DD / YYYY

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Scott**<br>First Name | **Allen**<br>Middle Name | **Jendersee**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **DISTRICT OF SOUTH DAKOTA** | | |
| Case number<br>(if known) | | | |

☐ Check if this is an
amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy           04/16

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**
    ☑ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**
    ☑ No
    ☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
    *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
    ☑ No
    ☐ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Scott Allen Jendersee** _____    Case number (if known) _____

| Part 2: | Explain the Sources of Your Income |
|---------|-----------------------------------|

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes.  Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$36,388.96** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |
| **For the last calendar year:**<br>(January 1 to December 31, __2017__ )<br>　　　　　　　　　　　YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$40,047.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |
| **For the calendar year before that:**<br>(January 1 to December 31, __2016__ )<br>　　　　　　　　　　　YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$8,823.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |

**5.   Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☐ No
☑ Yes.  Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income**<br>**from each source**<br>(before deductions<br>and exclusions | **Sources of income**<br>Describe below. | **Gross income**<br>**from each source**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** |  |  |  |  |
| **For the last calendar year:**<br>(January 1 to December 31, __2017__ )<br>　　　　　　　　　　　YYYY | Prize Award (1099)<br>Gross Receipts<br>Net Loss<br>Non-debtor spouse | $5,000.00<br>$15,039.00<br>($1,148.00)<br>$38,675.00 |  |  |
| **For the calendar year before that:**<br>(January 1 to December 31, __2016__ )<br>　　　　　　　　　　　YYYY | Unemployment Benefits<br>Business Gross Receipts<br>Net Profit<br>Non-debtor spouse | $4,008.00<br>$29,160.00<br>$1,184.00<br>$32,912.00 |  |  |

Debtor 1    __Scott Allen Jendersee_____    Case number (if known) _____

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.** **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7.** **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes.  List all payments to an insider.

**8.** **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes.  List all payments that benefited an insider.

Debtor 1    **Scott Allen Jendersee** _____    Case number (if known) _____

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☑ No
    ☐ Yes.  Fill in the details.

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes.  Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes.  Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

| **Part 5:** | **List Certain Gifts and Contributions** |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No
    ☐ Yes.  Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ☑ No
    ☐ Yes.  Fill in the details for each gift or contribution.

| **Part 6:** | **List Certain Losses** |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ☐ No
    ☑ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid.  List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| **2013 Nissan Altima totaled in accident.** | **All proceeds to BMO Harris, secured creditor, with the exemption of $778.** | _____ | _____ |

Debtor 1    __Scott Allen Jendersee_____    Case number (if known) _____

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☒ Yes.  Fill in the details.

| | Description and value of any property transferred See Attorney Disclosure Statement. | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| __Thomas A. Blake_____ | | | |
| Person Who Was Paid | | | |
| __505 W 9th Street, Ste. 202__ | | _____ | _____ |
| Number     Street | | | |
| _____ | | _____ | _____ |
| __Sioux Falls_____ __SD__ __57104__ | | | |
| City            State    ZIP Code | | | |
| _____ | | | |
| Email or website address | | | |
| _____ | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes.  Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes.  Fill in the details.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☒ No
☐ Yes.  Fill in the details.

Debtor 1    **Scott Allen Jendersee**                                    Case number (if known) _____

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Great Western Bank (open)**<br>Name of Financial Institution<br><br>Number      Street<br><br><br>City                State    ZIP Code | XXXX- __ __ __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | _____ | $1,817.42 |

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Great Western Bank (open)**<br>Name of Financial Institution<br><br>Number      Street<br><br><br>City                State    ZIP Code | XXXX- __ __ __ __ | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | _____ | $1,738.96 |

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **U.S. Bank (open)**<br>Name of Financial Institution<br><br>Number      Street<br><br><br>City                State    ZIP Code | XXXX- __ __ __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | _____ | $35.00 |

Debtor 1     **Scott Allen Jendersee** _____     Case number (if known) _____

**21.  Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes.  Fill in the details.

**22.  Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes.  Fill in the details.

---

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |
| --- | --- |

**23.  Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes.  Fill in the details.

---

| **Part 10:** | **Give Details About Environmental Information** |
| --- | --- |

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Fill in the details.

**25.  Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes.  Fill in the details.

**26.  Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes.  Fill in the details.

---

Debtor 1   **Scott Allen Jendersee**                                          Case number (if known) _____

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.
☑ Yes.  Check all that apply above and fill in the details below for each business.

**Too Drunk to Fish**
Business Name

**a S.D. Sole Proprietorship**
Number     Street

_____

City                State    ZIP Code

**Describe the nature of the business**
**Musical band**

**Name of accountant or bookkeeper**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

EIN:  ___  ___  –  ___  ___  ___  ___  ___  ___  ___

**Dates business existed**

From   _____1999_____   To   ___Present___

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes.  Fill in the details below.

Debtor 1    **Scott Allen Jendersee** _____    Case number (if known) _____

| Part 12: | Sign Below |
| --- | --- |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X  **/s/ Scott Allen Jendersee** _____        X _____
   Scott Allen Jendersee, Debtor 1                          Signature of Debtor 2

   Date    **11/29/2018**                                   Date  _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____        Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

<table>
<tr><td colspan="2"><b>Fill in this information to identify your case:</b></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | <u>Scott</u> | <u>Allen</u> | <u>Jendersee</u> |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>**DISTRICT OF SOUTH DAKOTA**</u>

Case number
(if known) _____

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☑ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☑ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1

## Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for being accurate.  If more space is needed, attach a separate sheet to this form.  Include the line number to which the additional information applies.  On the top of any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Average Monthly Income |
|---|---|

**1.** **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☑ **Married.** Fill out both Columns A and B, lines 2-11.

> Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.  11 U.S.C. § 101(10A).  For example, if you are filing on September 15, the 6-month period would be March 1 through August 31.  If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6.  Fill in the result.  Do not include any income amount more than once.  For example, if both spouses own the same rental property, put the income from that property in one column only.  If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| **2.** | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions) | $3,305.25 | $4,337.07 |
| **3.** | **Alimony and maintenance payments.**  Do not include payments from a spouse. | $0.00 | $0.00 |
| **4.** | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.**  Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates.  Do not include payments from a spouse.  Do not include payments you listed on line 3. | $0.00 | $0.00 |

**5.** Net income from operating a business, profession, or farm

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $929.17 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $807.07 | − $0.00 | | | |
| Net monthly income from a business, profession, or farm | $122.10 | $0.00 | Copy here ➜ | $122.10 | $0.00 |

Debtor 1    **Scott Allen Jendersee**                                    Case number (if known) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**6.    Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

| | | Column A | Column B |
|---|---|---|---|
| **7.** | **Interest, dividends, and royalties** | $0.00 | $0.00 |
| **8.** | **Unemployment compensation** | $0.00 | $0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................↓

For you.................................................................    $0.00

For your spouse..................................................    $0.00

| | | Column A | Column B |
|---|---|---|---|
| **9.** | **Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act. | $0.00 | $0.00 |

**10.    Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.  If necessary, list other sources on a separate page and put the total below.

_____    _____    _____

_____    _____    _____

Total amounts from separate pages, if any.                        + _____    + _____

**11.    Calculate your total average monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

| $3,427.35 | + | $4,337.07 | = | $7,764.42 |
|---|---|---|---|---|

**Total average monthly income**

---

| **Part 2:** | **Determine How to Measure Your Deductions from Income** |
|---|---|

**12.    Copy your total average monthly income from line 11.** ................................................................    $7,764.42

**13.    Calculate the marital adjustment.**  Check one:

☐ You are not married.  Fill in 0 below.

☐ You are married and your spouse is filing with you.  Fill in 0 below.

☑ You are married and your spouse is not filing with you.
Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.
Below, specify the basis for excluding this income and the amount of income devoted to each purpose.  If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

| **Non-debtor spouse's 401(k) 3% (Wage Deduction)** | $130.12 | |
|---|---|---|
| **Non-debtor spouse's Aflac (Family) (Wage Deduction)** | $53.95 | |
| **Non-debtor spouse's Chase/Slate (Balance $3,387/60) →** | $56.45 | (See continuation page.) |
| Total................................................................ | $1,555.65 | Copy here → − $1,555.65 |

**14.    Your current monthly income.**  Subtract the total in line 13 from line 12.                        $6,208.77

Debtor 1   **Scott Allen Jendersee** _____   Case number (if known) _____

**15. Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here ➡ .................................................................................................... **$6,208.77**

Multiply line 15a by 12 (the number of months in a year).   X   **12**

15b. The result is your current monthly income for the year for this part of the form. ..................... **$74,505.24**

**16. Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.   **South Dakota**

16b. Fill in the number of people in your household.   **3**

16c. Fill in the median family income for your state and size of household........................................... **$78,821.00**
To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17. How do the lines compare?**

17a. ☑ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined
under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out Calculation of Your Disposable Income (Official Form 122C-2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under
11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).**
On line 39 of that form, copy your current monthly income from line 14 above.

---

**Part 3:   Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)**

**18. Copy your total average monthly income from line 11.** ................................................................ **$7,764.42**

**19. Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend
that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's
income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a. ............................................ **−** **$1,555.65**

19b. Subtract line 19a from line 18. ........................................................................................ **$6,208.77**

**20. Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b ................................................................................................................ **$6,208.77**

Multiply by 12 (the number of months in a year).   X   **12**

20b. The result is your current monthly income for the year for this part of the form. ......................... **$74,505.24**

20c. Copy the median family income for your state and size of household from line 16c. ..................... **$78,821.00**

**21. How do the lines compare?**

☑ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form,
check box 3, *The commitment period is 3 years.* Go to Part 4.

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1
of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

Debtor 1    **Scott Allen Jendersee** _____    Case number (if known) _____

| **Part 4:** | **Sign Below** |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** **/s/ Scott Allen Jendersee** _____    **X** _____
Scott Allen Jendersee, Debtor 1                                   Signature of Debtor 2

Date    **11/29/2018** _____    Date _____
         MM / DD / YYYY                              MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form.  On line 39 of that form, copy your current monthly income from line 14 above.

Debtor 1    **Scott Allen Jendersee**        Case number (if known) _____

## 13. Marital Adjustment (continued):

| State each purpose for which the income was used | Amount to subtract |
|---|---|
| Non-debtor spouse's Citibank (Balance $2,162/60) | $36.03 |
| Non-debtor spouse's Dental Ins. (Family) (Wage Deduction) | $10.55 |
| Non-debtor spouse's Discover (Balance $6,880/60) | $114.67 |
| Non-debtor spouse's health ins. (Family)(Wage Deduction) | $394.68 |
| Non-debtor spouse's Life Ins. (Family) (Wage Deduction) | $18.11 |
| Non-debtor spouse's Medical (Balance $1,900/60) | $31.67 |
| Non-debtor spouse's taxes (Wage Deduction) | $556.18 |
| Non-debtor spouse's US Bank (Balance $2,898/60) | $48.30 |
| Non-debtor spouse's US Bank (Balance $4,908/60) | $81.80 |
| Non-debtor spouse's Vision Ins. (Family) (Wage Deduction) | $23.14 |